UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 4:09-CR-43 |
| v. | ) | *MATTICE / LEE* |
| | ) | |
| LARRY M. TIMBS | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the twelve-count
Indictment; (2) accept Defendant's plea of guilty to Count One, that is of conspiracy to manufacture,
distribute, and possess with the intent to distribute Five (5) grams or more of methamphetamine
(actual) and Fifty (50) grams or more of a mixture and substance containing a detectable amount of
methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and
841(b)(1)(B); (3) adjudicate Defendant guilty of the charges set forth lesser in Count One, that is of
conspiracy to manufacture, distribute, and possess with the intent to distribute Five (5) grams or
more of methamphetamine (actual) and Fifty (50) grams or more of a mixture and substance
containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation
of 21 U.S.C. §§ 846 and 841(b)(1)(B); (4) defer a decision on whether to accept the plea agreement
until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc.
24]. Neither party filed a timely objection to the report and recommendation. After reviewing the
record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the
Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 24]
pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

        is **GRANTED**;

(2)     Defendant's plea of guilty to the charges set forth in Count One, that is of conspiracy

        to manufacture, distribute, and possess with the intent to distribute Five (5) grams or

        more of methamphetamine (actual) and Fifty (50) grams or more of a mixture and

        substance containing a detectable amount of methamphetamine, a Schedule II

        controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) is

        **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One, that

        is of conspiracy to manufacture, distribute, and possess with the intent to distribute

        Five (5) grams or more of methamphetamine (actual) and Fifty (50) grams or more

        of a mixture and substance containing a detectable amount of methamphetamine, a

        Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

        and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

        scheduled to take place on **Monday, April 12, 2010 at 2:00 p.m.** before the

        Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                        _/s/Harry S. Mattice, Jr._____
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE