UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:09-cr-043-CLC-SKL-1 |
| v. | ) |
| | ) |
| LARRY MATTHEW TIMBS | ) |

## MEMORANDUM AND ORDER

Following the hearing it was determined that this matter should be reassigned to District Judge Curtis L. Collier. LARRY MATTHEW TIMBS, ("Defendant") appeared for a hearing on December 20, 2022, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition [Doc. 53], Amended Petition [Doc. 54], and Second Amended Petition [Doc. 56], and Orders for Warrant for an Offender Under Supervision ("Petitions") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Attorney Brandon Raulston was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petitions.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant waived his right to a preliminary hearing and a detention hearing.

Based upon the Petitions and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Petitions.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set before District Judge Collier at the time of any sentencing in case 4:22-cr-035-CLC-SKL if Defendant is convicted.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE